SCOTT N. SCHOOLS (SCBN 9990)
Acting United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DIEGO ALFREDO MARTINEZ NAJERA,<br><br>    Defendant. | Criminal No. 3-07-70151 JCS<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 16, 2007 TO APRIL 4, 2007 |

    The parties appeared before the Honorable Joseph C. Spero on March 16, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), and under Federal Rule of Criminal Procedure 5.1, from March 16, 2007 to April 4, 2007, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the

[~~PROPOSED~~[ ORDER AND
STIPULATION EXCLUDING TIME
CR 0-07-70151 JCS

need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 16, 2007, to April 4, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 16, 2007 to April 4, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court schedules a preliminary hearing on April 4, 2007, at 9:30 a.m.

IT IS SO STIPULATED.

DATED: 3/19/07 　　　　　　　　　/s/　　　　　　　　　
STEVE KOENINGER
Counsel for Diego Alfredo Martinez Najera

DATED: 3/19/07 　　　　　　　　　/s/　　　　　　　　　
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: ___03/21/07___



Judge Joseph C. Spero

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 0-07-70151 JCS**　　　　2